IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLO W. REMMEN, and ASHLAND SALVAGE, INC., A Nebraska Corporation, | ) ) ) ) | 4:09CV3028 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| CITY OF ASHLAND, NEBRASKA, et. al., | ) ) ) | |
| Defendants | ) ) | |

IT IS ORDERED:

1) The unopposed motions to stay discovery filed by defendants John Craig, Michael J. Linder, State of Nebraska Department of Roads, and State of Nebraska Department of Environmental Quality, (filing no. 47), and by defendant Saunders County, Nebraska, (filing no. 50), are granted.

2) Discovery is stayed pending a ruling on the motions to dismiss filed by the state defendants (filing no. 29), and Saunders County, (filing no. 39).

3) The parties' obligation to meet and confer, and to prepare and file a Rule 26(f) Report of Parties' Planning Conference is continued, and the Rule 26(f) Report shall be filed within fourteen calendar days after the court rules on the pending motions to dismiss.

DATED this 20th Day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge