IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLO W. REMMEN and ASHLAND SALVAGE, INC., | ) ) ) | 4:09CV3028 |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| CITY OF ASHLAND, NEBRASKA, et al., | ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiffs' motions for an enlargement of time (filing nos. 49, 53) are granted, as follows:

    1.    Plaintiffs shall have until August 10, 2009, to respond to Defendants' motions to dismiss (filing nos. 29, 39).

    2.    Defendants shall have until August 31, 2009, to reply.

July 22, 2009.                                BY THE COURT:

                                                        *Richard G. Kopf*
                                          United States District Judge