IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLO W. REMMEN, and ASHLAND SALVAGE, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3028 |
| V. | ) ) | |
| CITY OF ASHLAND, NEBRASKA, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 59) is granted, as follows:

    Plaintiff shall have until August 13, 2009, to respond to Defendants' motions to dismiss (filings 29, 39).

    DATED this 11th day of August, 2009.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*
                                                   United States District Judge